**PATRICK N. CHAPIN, ESQ.**
Nevada Bar No. 004946
Patrick N. Chapin, Ltd.
129 Cassia Way
Henderson, Nevada 89014
(702) 433-7295
Attorney for Plaintiffs/Petitioners

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TESS CARDINALE, Guardian Ad Litem for SANTINO CARDINALE and GIANNI CARDINALE, Minors; and TESS CARDINALE and LEONARD CARDINALE,<br><br>Plaintiffs/Petitioners,<br>vs.<br><br>LA PETITE ACADEMY, INC., a Delaware Corporation; DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:02-cv-00122-RFB (LRL)<br><br>**PETITION FOR DISTRIBUTION OF FUNDS IN BLOCKED ACCOUNT** |

Plaintiff/Petitioner TESS CARDINALE, as Guardian Ad Litem for SANTINO CARDINALE, by and through her counsel of record herein, Patrick N. Chapin, Esq. with Patrick N. Chapin, Ltd., hereby submits the Petition for Distribution of Funds in Blocked Account. Petitioner respectfully states as follows:

1. That an Order Approving Petition for Compromise of Minors' Claims was granted by this Honorable Court on the 2nd day of August, 2004 directing that the sum of $5,000.00 be deposited into a blocked financial investment account for the benefit of minor, SANTINO CARDINALE (see **Exhibit 1**).

2. A blocked account was established with Bank of America under Account No. 91000055050357 (hereinafter referred to as "Account 0357"). As of March 8, 2017, Account 0357 currently has a balance of $7,363.82 (see **Exhibit 2**).

3. SANTINO CARDINALE is now 18 years old, having been born on October 30, 1998 (see **Exhibit 3**). SANTINO CARDINALE currently resides at 271 Tropic Tan Court, Henderson, NV 89074.

4. That the blocked account is no longer needed because SANTINO CARDINALE has attained the age of majority and is capable of handling his own affairs. Therefore, the funds in Account 0357 should be distributed to SANTINO CARDINALE, an adult.

**WHEREFORE**, Petitioner prays that the Court issue an Order providing that:

A. BANK OF AMERICA be authorized and directed to distribute any and all funds in Account No. 91000055050357 to SANTINO CARDINALE, an adult.

B. That Petitioner be granted such other and further relief as the Court may deem proper.

Dated this 9th day of March, 2017.

**PATRICK N. CHAPIN, LTD.**

**PATRICK N. CHAPIN, ESQ.**
Nevada Bar No. 004946
129 Cassia Way
Henderson, Nevada 89014
(702) 433-7295
Attorney for Plaintiffs/Petitioners

**AFFIDAVIT OF SANTINO CARDINALE**

I, SANTINO CARDINALE, under penalty of perjury, state that I am the recipient in the within action and confirm I am over the age of 18; that I have read the foregoing Petition for PETITION FOR DISTRIBUTION OF FUNDS IN BLOCKED ACCOUNT and know the contents thereof; that the same is true of my own knowledge except as to those matter therein stated upon information and belief and as to those matters, I believe them to be true.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Dated this 8 day of March, 2017.

Santino Cardinale
SANTINO CARDINALE

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

SUBSCRIBED and SWORN to before me this 8th day of MARCH, 2017.
By SANTINO CARDINALE

NOTARY PUBLIC in and for said COUNTY and STATE

Elizabeth De Anda
Notary Public, State of Nevada
Appointment No. 01-67787-1
My Appointment Expires March 22, 2017

**AFFIDAVIT OF TESS CARDINALE**

I, TESS CARDINALE, under penalty of perjury, deposes and says:

That I am the Petitioner in the above-entitled action; that I have read the foregoing PETITION FOR DISTRIBUTION OF FUNDS IN BLOCKED ACCOUNT and know the contents thereof; that the same is true of my own knowledge except as to those matter therein stated upon information and belief and as to those matters, I believe them to be true.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Dated this 8 day of March, 2017.

Tess Cardinale
TESS CARDINALE

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

SUBSCRIBED and SWORN to before me this 8th day of March, 2017.
BY NATALIA CARDINALE AKA TESS CARDINALE

NOTARY PUBLIC in and for said COUNTY and STATE

Elizabeth De Anda
Notary Public, State of Nevada
Appointment No. 01-67787-1
My Appointment Expires March 22, 2017

# EXHIBIT 1

EXHIBIT 1

**PATRICK N. CHAPIN, ESQ.**
Nevada Bar No. 004946
2920 N. Green Valley Parkway
Bldg. 4, Suite 421
Henderson, Nevada 89014
(702) 433-8780
Attorney for Petitioner, TESS CARDINALE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TESS CARDINALE, Guardian ad Litem for SANTINO CARDINALE and GIANNI CARDINALE, Minors, and TESS CARDINALE and LEONARD CARDINALE, as<br><br>Plaintiffs,<br><br>vs.<br><br>LA PETITE ACADEMY, INC. a Delaware corporation; DOES I-X and ROE CORPORATIONS 1-X, inclusive,<br><br>Defendants. | Case No.: CV-S-02-0122- PMP(LRL)<br><br>**ORDER APPROVING PETITION FOR COMPROMISE OF MINORS' CLAIMS** |

This Petition for a Compromise of a Minors' Claims being brought before the Court, and the same being unopposed, and having been considered by this Court, and being fully advised, and based on the Petition and good cause appearing therefor,

IT IS HEREBY ORDERED that Petitioner's request to compromise the claims of her minor sons, SANTINO CARDINALE and GIANNI CARDINALE, two of the Plaintiffs herein, is hereby GRANTED;

IT IS FURTHER ORDERED that Petitioner shall deposit the minors' settlement proceeds from their compromised claims, in the sum of $5,000.00 for each minor, in a blocked

financial investment account and to follow and abide by all other requirements for compromising the claim of a minor pursuant to N.R.S. 41.200 *et. seq*.

DATED this 2nd day of August, 2004.

PHILIP M. PRO, United States District Judge

Respectfully submitted,

Patrick N. Chapin, Esq.
Nevada Bar No. 004946
2920 N. Green Valley Parkway
Bldg. 4, Suite 421
Las Vegas, Nevada 89121
Attorney for Petitioner, TESS CARDINALE

# EXHIBIT 2

EXHIBIT 2

Bank of America Online Banking

# Tino blocked CD 0357

**Summary**

| | |
|---|---|
| Current balance: | $7,363.82 |
| Date opened: | 08/13/2004 |
| Term: | 120 months |

NOTE: a penalty for early withdrawal may apply

**Services**

View current CD rates

## Account details as of 03/08/2017

| | |
|---|---|
| Nickname: | **Tino blocked CD 0357 Edit** |
| Account number: | **91000055050357 Hide** |
| Current balance: | **$7,363.82** |
| Date opened: | **08/13/2004** |
| Term: | **120 months** |
| Next maturity date: | **08/13/2024** |

## Deposit

| | |
|---|---|
| Beginning balance this term: | **$7,336.21** |
| Last renewal date: | **08/13/2014** |

## Interest

| | |
|---|---|
| Interest rate: | **0.15%** |
| Annual percentage yield: | **0.15%** |
| Interest earned not paid: | **$0.70** |
| Interest paid last year: | **$11.04** |
| Interest withheld for taxes this year: | **$0.00** |
| Interest withheld for taxes last year: | **$0.00** |

# EXHIBIT 3

EXHIBIT 3

STATE OF NEVADA
CERTIFICATION OF VITAL RECORD

TYPE/PRINT IN PERMANENT BLACK INK

FOR INSTRUCTIONS SEE HANDBOOK

16304

LOCAL FILE NUMBER

STATE OF NEVADA — DEPARTMENT OF HUMAN RESOURCES
DIVISION OF HEALTH — SECTION OF VITAL STATISTICS

# CERTIFICATE OF LIVE BIRTH

STATE FILE NUMBER

**CHILD**

1. CHILD'S NAME — FIRST: Santino — MIDDLE: Vincent — LAST: CARDINALE
2. DATE OF BIRTH (Month, Day, Year): October 30, 1998
3. TIME OF BIRTH: 10:15 PM
4. SEX: Male
5. CITY, TOWN OR LOCATION OF BIRTH: Henderson
6. COUNTY OF BIRTH: Clark
7. PLACE OF BIRTH (Specify): Hospital
8. FACILITY NAME (If not institution, give street and number): St. Rose Dominican Hospital

**CERTIFIER/ATTENDANT**

9. I Certify that this child was born alive at the place and time and on the date stated. Signature ➤ Karen S. Lund
10. DATE SIGNED (Month, Day, Year): 11-3-98
11. ATTENDANT'S NAME AND TITLE (If other than certifier) (Type/Print) NAME: Rafael G. Juarez TITLE: M.D.
12. CERTIFIER'S NAME AND TITLE (Type/Print) NAME: Karen S Lund TITLE: RIMS Clerk
13. ATTENDANT'S MAILING ADDRESS (Street and number or rural route number, city, or town, Zip Code): 98 E. Lake Mead Dr. Henderson, NV 89015

DEATH UNDER ONE YEAR OF AGE — Enter State File Number of death certificate for this child.

14. REGISTRAR'S SIGNATURE: Julie Henderson, Deputy
15. DATE FILED BY REGISTRAR (Month, Day, Year): NOV 06 1998

**MOTHER**

16a. MOTHER'S NAME — FIRST: Natercia — MIDDLE: — LAST: Cardinale
16b. MAIDEN SURNAME: Martins
17. AGE: 37
18. BIRTHPLACE (State or foreign country): New York
19a. RESIDENCE — STATE: Nevada
19b. COUNTY: Clark
19c. CITY, TOWN OR LOCATION: Henderson
19d. STREET AND NUMBER: 605 Carleton Drive
19e. INSIDE CITY LIMITS?: Yes
20. MOTHER'S MAILING ADDRESS (If same as residence, enter Zip Code only): 89014

**FATHER**

21. FATHER'S NAME — FIRST: Leonard — MIDDLE: Anthony — LAST: Cardinale
22. AGE: 34
23. BIRTHPLACE (State or foreign country): New Jersey

**INFORMANT**

24. I certify that the personal information provided on this certificate is correct to the best of my knowledge and belief. Signature of parent or other informant ➤ Natercia Cardinale

VOID

"CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE WITH THE REGISTRAR OF VITAL STATISTICS, STATE OF NEVADA." This copy was issued by the Southern Nevada Health District from State certified documents authorized by the State Board of Health pursuant to NRS 440.175.

A000057798

DATE ISSUED: NOV 12 2014

Registrar of Vital Statistics
By: [signature]

This Copy not valid unless prepared on engraved border displaying date, seal and signature of Registrar.
SOUTHERN NEVADA HEALTH DISTRICT • P.O. Box 3902 • Las Vegas, NV 89127 • 702 759-1010 • Tax ID # 88-0151573



**PATRICK N. CHAPIN, ESQ.**
Nevada Bar No. 004946
Patrick N. Chapin, Ltd.
129 Cassia Way
Henderson, Nevada 89014
(702) 433-7295
Attorney for Plaintiffs/Petitioners

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TESS CARDINALE, Guardian Ad Litem for SANTINO CARDINALE and GIANNI CARDINALE, Minors; and TESS CARDINALE and LEONARD CARDINALE,<br><br>Plaintiffs/Petitioners,<br><br>vs.<br><br>LA PETITE ACADEMY, INC., a Delaware Corporation; DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:02-cv-00122-RFB (LRL)<br><br>**ORDER APPROVING PETITION FOR DISTRIBUTION OF FUNDS IN BLOCKED ACCOUNT** |

The Petition for Distribution of Funds in Blocked Account (Petition) that was filed on behalf of Plaintiff/Petitioner, TESS CARDINALE, as Guardian Ad Litem for SANTINO CARDINALE, has been heard and considered. Upon consideration of the Petition, the law and evidence,

**THE COURT HEREBY FINDS:**

A. All allegations in the Petition are true;

B. A blocked account for SANTINO CARDINALE is held with Bank of America under Account No. 91000055050357 with an approximate current balance of $7,363.82;

C. SANTINO CARDINALE has attained the age of 18. Therefore, the blocked account is no longer needed as SANTINO CARDINALE has attained the age of majority and

is capable of handling his own affairs. The funds in Account 91000055050357 should be distributed to SANTINO CARDINALE, an adult.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED that:**

1. BANK OF AMERICA is hereby authorized and directed to distribute any and all funds in Account No. 91000055050357 to SANTINO CARDINALE, an adult.

DATED this 6th day of April, 2017.

RICHARD F. BOULWARE, II
United States District Judge

Respectfully Submitted By:

**PATRICK N. CHAPIN, LTD.**

**PATRICK N. CHAPIN, ESQ.**
Nevada Bar No. 004946
129 Cassia Way
Henderson, Nevada 89014
(702) 433-7295
Attorney for Plaintiffs/Petitioners